# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-05-00535-CR
NO. 03-05-00536-CR

**Oscar Costilla Martinez, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 51ST JUDICIAL DISTRICT
NOS. A-05-0519-S & A-05-0520-S, HONORABLE JAY K. WEATHERBY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Oscar Costilla Martinez filed motions to reduce his pretrial bail in these prosecutions for manufacture and delivery of controlled substances. Following a hearing, the motions were granted and bail was reduced from $350,000 to $300,000 in each cause. Martinez then filed notices of appeal to this Court.

These are not habeas corpus proceedings. This Court does not have jurisdiction to entertain interlocutory appeals from orders on pretrial bail motions. *Vargas v. State*, 109 S.W.3d 26, 29 (Tex. App.—Amarillo 2003, no pet.); *Benford v. State*, 994 S.W.2d 404, 409 (Tex. App.—Waco 1999, no pet.); *Ex parte Shumake*, 953 S.W.2d 842, 846-47 (Tex. App.—Austin 1997, no pet.).

The appeals are dismissed.

_____

Bea Ann Smith, Justice

Before Justices B. A. Smith, Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 7, 2005

Do Not Publish